JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON MARTIN, | ) | CV 06-08188-MMM(JTLx) |
| | ) | |
| Plaintiff(s), | ) | ORDER OF DISMISSAL FOR |
| | ) | LACK OF PROSECUTION |
| vs | ) | |
| CITY OF LOS ANGELES, | ) | |
| | ) | |
| Defendant(s). | ) | |

On May 12, 2008, the Court issued an Order to Show Cause why this case should not be dismissed for failure to appear and for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>June 2, 2008</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  June 24, 2008

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE