JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON MARTIN, | ) | CASE NO. CV 06-08188 MMM (AGRx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT FOR DEFENDANT |
| CITY OF LOS ANGELES, Does 1-10, | ) | |
| Defendants. | ) | |

On August 10, 2009, defendant City of Los Angeles filed a motion for summary judgment on the claims asserted in *pro se* plaintiff Don Martin's first amended complaint. The motion was heard on October 19, 2009. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion on October 300, 2009. Therefore,

IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of his complaint; and

2. The action be, and it hereby is, dismissed.

DATED: October 30, 2009

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE